Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br><br><br>CONNOR J. MOORE,<br><br>                    Defendant. | Docket Number  6:20-po-00274-JDP<br><br><br>**MOTION TO AMEND VIOLATION NUMBER 9290031; AND [PROPOSED] ORDER THEREON** |

Pursuant to Rule 7 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order to amended violation number 9290031, and charge a violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §24953(a); Failure to project a flashing white or amber light visible to the front and a flashing red or amber light visible to the rear.

Dated:  August 18, 2020                               /S/ Sean O. Anderson
                                                                    Sean O. Anderson
                                                                    Acting Legal Officer
                                                                    Yosemite National Park

1

ORDER

Upon application of the United States, good cause having been shown therefore, it is hereby ordered that the above-referenced matter, *United States v. Connor J. Moore*, 6:20-po-00274-JDP, be amended to charge a violation of Title 36 Code of Federal Regulations § 4.2(b); California Vehicle Code § 24953(a); failure to project a flashing white or amber light visible to the front and a flashing red or amber light visible to the rear, on violation number 9290031.

IT IS SO ORDERED.

Dated:   August 21, 2020                                     _____
                                                                                UNITED STATES MAGISTRATE JUDGE