Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNOR J. MOORE,<br><br>Defendant. | No. 6:20-po-00274-JDP<br><br>**MOTION TO DISMISS VIOLATION NUMBERS 9290029, 9290030, AND 9290031; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of violation numbers 9290029 (possession of a controlled substance), 9290030 (violating closures and public use limits) and 9290031 (failure to use a turn signal) without prejudice and in the interest of justice.

Dated: October 15, 2020            /S/ Sean O. Anderson_____
                                   Sean O. Anderson
                                   Legal Officer
                                   Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that violation numbers 9290029, 9290030, and 9290031, in the above-referenced matter, *United States v. Moore*, 6:20-po-00274-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 16, 2020                                    /s/ Jeremy Peterson
                                                             UNITED STATES MAGISTRATE JUDGE