Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNOR J. MOORE,<br><br>Defendant. | No.  6:20-po-00274-JDP<br><br>STIPULATION TO RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Sean O. Anderson, legal officer for the National Park Service, and Connor J. MOORE, by and through his attorney of record, Benjamin A. Gerson, that violation number 9290032 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $350, plus the $30 processing fee. The Government does not object to Defendant requesting traffic school.

Dated:  October 15, 2020         /S/ Sean O. Anderson
                                 Sean O. Anderson
                                 Legal Officer
                                 Yosemite National Park

Dated:  October 21, 2020         /s/Benjamin A. Gerson
                                 Benjamin A. Gerson
                                 Attorney for Defendant
                                 Connor J. Moore

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, it is hereby ordered, that violation number 9290032 in the above-referenced matter, *United States v. Moore*, Case 6:20-po-00274-JDP, can be resolved through forfeiture of collateral, consistent with the bail schedule, of $350, plus the $30 processing fee.

IT IS SO ORDERED.

Dated:   October 21, 2020

UNITED STATES MAGISTRATE JUDGE